1 Justin Fok, Esq., CA Bar No. 242272
Law Offices of Jean D. Chen
2 2107 N. First Street, Suite 400
San Jose, CA 95131
3 Telephone: (408) 437-1788
Facsimile: (408) 437-9788
4 Email: jfok@jclawoffice.com
5
6 Attorney for Plaintiff
Kun Hu
7
8                  UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
                         COMPLAINT
10
11 **Kun Hu,**                          ) Case No.  C08-05727 SI
                                         )
12            Plaintiff,                 )
                                         )
13        v.                             )
                                         )
14                                       ) **PLAINTIFF'S NOTICE OF VOLUNTARY**
   **Michael Chertoff**, Secretary of the ) **DISMISSAL PURSUANT TO FEDERAL**
15 Department of Homeland Security,      ) **RULE OF CIVIL PROCEDURE 41(a)(1)**
   **Jonathan Scharfen**, Director of United States )
16 Citizenship and Immigration Services, )
                                         ) **Immigration Case**
17                                       )
                                         )
18            Defendants.                )
                                         )
19 _____)
20
21        Plaintiff, by and through his attorney of record, voluntarily dismisses the above-entitled

22 action in light of the fact that the United States Citizenship and Immigration Services has granted

23 Plaintiffs' I-485 *Application to Register Permanent Residence or Adjust Status*.

24
25 DATED: March 25, 2009                  Respectfully Submitted,
26
                                         _____
27                                              /s/
                                         Justin Fok, CSBN: 242272
28                                       Attorney for Plaintiff

   Voluntary Dismissal                   1
   C08-05727 SI

IT IS SO ORDERED

Judge Susan Illston